IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02496-RPM

JACOB PACHECO,

    Plaintiff(s),

v.

URBAN PROPERTY MANAGEMENT, INC., and
C.S. HOUSING, LP, a Foreign Limited partnership,

    Defendant(s).

---

ORDER OF DISMISSAL

---

This matter having come before the Court on the Stipulations for Dismissal filed on July 22, 2005, it is

ORDERED that the complaint, cross-claim and this civil action are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: July 25th, 2005

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge